UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA



**FILED**
DEC 08 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CURT MICHAEL TARAS,<br><br>Defendant. | No. 2:25-cr-00262-DAD<br><br>**TEMPORARY THIRD PARTY CUSTODY** |

CURT MICHAEL TARAS, defendant herein, is placed in the custody of:

NAME: Steven Grove

who agrees to supervise the defendant as to any restrictions on travel, association or place of abode and to use every effort to assure the appearance of the defendant at all scheduled hearings before any court of this District and to notify the Court immediately in the event the defendant violates any condition of release or disappears.

DATED: 12-8-25

_____
CUSTODIAN

DATED:_____

_____
CUSTODIAN

DATED:_____

_____
CUSTODIAN

I agree to this temporary third party custody arrangement.

DATED: 12/8/2025

_____
DEFENDANT