UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 8, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CURT MICHAEL TARAS,<br><br>　　　　Defendant. | Case No.  2:25-cr-00262-DAD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  CURT MICHAEL TARAS ,

Case No.  2:25-cr-00262-DAD , Charge 18 U.S.C. § 922(g)(8) , from custody for the

following reasons:

_____ Release on Personal Recognizance

__X__ Bail Posted in the Sum of $ 50,000 Secured Appearance Bond secured by equity 285 Brandy Oak Court, Folsom CA

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

__X__ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other): Defendant's released delayed until 12/9/2025 at 9 AM. Defendant released to the temporary third party custody of Steven Grove. Defendant released pending the submission of the secured appearance bond package.

Issued at Sacramento, California on December 8, 2025 at 2:00 PM

By: _/s/ Chi Soo Kim_

Magistrate Judge Chi Soo Kim