## SPECIAL CONDITIONS OF RELEASE

Re: Curt Taras
Case No. 2:25-CR-00262-DAD-1
Date: December 8, 2025

1. Your release will be delayed until **December 9, 2025, at 9:00 am**, at which time you will be released to the **temporary** third-party custody of **Steven Grove**, and must thereafter report immediately to the Pretrial Services Agency, located at 501 I Street in Sacramento, California, for the installation of the location monitoring equipment;

2. Upon completion of the location monitoring installation, you must remain in Mr. Grove's physical custody at all times, until you arrive to the Mental Health Residential Rehabilitation Treatment Program (MHRRTP) in the evening of December 9, 2025, in White City, Oregon;

3. A responsible party, as approved by Pretrial Services, must escort you from MHRRTP to all required court hearings, and escort you immediately back to MHRRTP upon completion of the hearing;

4. You must participate in MHRRTP and comply with all the rules and regulations of the program. You must remain at the inpatient facility until released by the pretrial services officer;

5. You must sign a Release of Confidential Information form to authorize Pretrial Services to obtain updates/information from MHRRTP;

6. You must report to and comply with the rules and regulations of the Pretrial Services Agency, as directed, while at MHRRTP, and after your successful completion of MHRRTP;

7. You must participate in the following location monitoring program component while at MHRRTP and abide by all the requirements of the program, which will include having **a GPS device** attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You are responsible for the management of the equipment, and you must charge the battery daily. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

8. **HOME INCARCERATION:** You must remain inside the MHRRTP facility, at all times except for court ordered obligations and any preapproved passes by the pretrial services officer;

9.  Upon successful completion of MHRRTP, you must report directly to the Pretrial Services Agency, in the **Western District of Michigan**, on the first working day, for a further intake appointment, and to transfer the location monitoring equipment to your residence;

10. Upon successful completion of MHRRTP, you are released to the third-party custody of **your mother, Darlene Hajduk**. You must reside with Mrs. Hajduk, and must not change your residence or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

11. Upon completion of MHRRTP, you must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

12. You must cooperate in the collection of a DNA sample;

13. You must restrict your travel to the **District of Oregon (while residing at MHRRTP)**, the **Western District of Michigan (after completion of MHRRTP)**, and the **Eastern District of California (for court purposes only)** unless otherwise approved in advance by the pretrial services officer;

14. You must surrender your passport to the Clerk, U.S. District Court, and you must not apply for or obtain a passport or any other travel documents during the pendency of this case;

15. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

16. You must refrain from **any** use of alcohol;

17. You must not use or possess any narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

18. You must submit to drug and/or alcohol testing. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer. You must not tamper, obstruct, or attempt to tamper or obstruct the efficiency and accuracy of the drug screening/testing;

19. You must take all medications as prescribed by a licensed medical practitioner;

20. You must report any contact with law enforcement to your pretrial services officer **within 24 hours**;

21. Upon successful completion of the MHRRTP, you must continue to participate in the following location monitoring program component and abide by all the requirements of the program, which will include having **a GPS device** attached to your person. You must

comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You are responsible for the management of the equipment, and you must charge the battery daily. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

22. **HOME DETENTION:** You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other essential activities pre-approved by the pretrial services officer. Essential activities include haircuts, DMV appointments, banking needs, or other activities that cannot be completed by another person on your behalf; and

23. Inside Darlene Hajduk's residence, no firearms, ammunition, destructive device, or other dangerous weapons are permitted. Further, Mrs. Hajduk must provide written documentation of the divestment of the firearms.